IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MYSTATEUSA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROAM SECURE, INC., a Virginia corporation; COOPER TECHNOLOGIES COMPANY, a corporation, JOHN DOES 1-5, and ABC Corporations 1-5, <br><br> Defendants. | Civ. No. 09-0143-S-BLW <br><br><br> JUDGMENT |

In accordance with the Memorandum Decision filed with this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the motion to dismiss (docket no. 14) is GRANTED and the Clerk is directed to close this case.



DATED: **October 16, 2009**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge